862

No. 1261.  HOLDERFIELD *v.* ILLINOIS.  June 3, 1946.
Petition for writ of certiorari to the Supreme Court of
Illinois denied.

No. 1262.  FEELEY *v.* RAGEN, WARDEN.  June 3, 1946.
Petition for writ of certiorari to the Criminal Court of
Cook County, Illinois, denied.

No. 951.  GORA *v.* HAWAII.  June 10, 1946.  Petition
for writ of certiorari to the Circuit Court of Appeals for
the Ninth Circuit denied.  *Fred Patterson* for petitioner.
*C. Nils Tavares,* Attorney General of Hawaii, for respond-
ent.

No. 1142.  MEJIA ET AL. *v.* UNITED STATES.  June 10,
1946.  Petition for writ of certiorari to the Circuit Court
of Appeals for the Fifth Circuit denied.  *M. A. Grace*
and *Edwin H. Grace* for petitioners.  *Solicitor General
McGrath, Assistant Attorney General Sonnett* and *Abra-
ham J. Harris* for the United States.

No. 1151.  ROHMER ET AL. *v.* COMMISSIONER OF INTER-
NAL REVENUE.  June 10, 1946.  Petition for writ of cer-
tiorari to the Circuit Court of Appeals for the Second
Circuit denied.  *Watson Washburn* for petitioners.  *So-
licitor General McGrath, Sewall Key, Helen R. Carloss*
and *Melva M. Graney* for respondent.  Briefs were filed as
*amici curiae* by *J. Robert Rubin* and *Samuel D. Cohen*
for Loew's Incorporated et al., and by *Roswell Magill*
and *George G. Tyler,* in support of the petition.